UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.                                                                Case Number 2:22-cr-47
                                                                   Judge Edmund A. Sargus, Jr.

**JOHN KOTCHKOSKI,**
    Defendant.

# Sentencing
# Tuesday, December 3, 2024
# before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Peter Glenn-Applegate
For Defendant: Samuel Shamansky
Court Reporter: Crystal Hatchett
Courtroom Deputy:  Christin Werner

The defendant is sentenced as follows:

65 months imprisonment minus time served.
5 years supervised release.
$100 special assessment.
Forfeiture Ordered.